[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 9.]

NUSS, APPELLEE, *v.* HAND-CRAFT CLEANERS ET AL., APPELLANTS.

[Cite as *Nuss v. Hand-Craft Cleaners*, 1999-Ohio-219.]

*Civil procedure—Trial court's decision granting summary judgment for one of several defendants in a civil action becomes a final appealable order, when—Court of appeals' decision reversed and cause remanded to court of appeals for further proceedings on authority of Denham v. New Carlisle.*

(No. 98-2091—Submitted September 15, 1999—Decided October 13, 1999.)

CERTIFIED by the Court of Appeals for Summit County, No. 18850.

————————————

*Oldham & Dowling* and *Raymond C. Mueller*, for appellant Hand-Craft Cleaners.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for further proceedings on the authority of *Denham v. New Carlisle* (1999), 86 Ohio St.3d 594, 716 N.E.2d 184.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————